IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA LUISA G. RAMIREZ, *et al.* | § § § | |
| versus | § § § § § § | CIVIL ACTION NO. H-08-801 |
| FREDDIE RECORDS, INC., *et al.* | § | |

## ORDER

The Court has been advised that Big F, Inc. f/d/b/a Freddie Records, Inc. is under the protection of the automatic stay in Bankruptcy. **(Instrument No. 141).** Accordingly, the captioned case against Defendant Freddie Records, Inc., who is now the entity known as Big F, Inc., shall be **SEVERED**. The case against this Defendant is administratively **CLOSED**. The parties are granted leave to move to reinstate the case against this Defendant on the Court's active docket at such time in the future as they deem appropriate. A copy of this Order shall be attached as an exhibit to any motion to reinstate. The case shall proceed against the remaining Defendants.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this the 10th day of April, 2011, at Houston, Texas.

**VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE**